**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| CUSTOM MEDIA TECHNOLOGIES LLC,<br><br>Plaintiff,<br><br>v.<br><br>COMCAST CABLE COMMUNICATIONS, LLC,<br><br>Defendant. | C.A. No. 13-1421-LPS |
| CUSTOM MEDIA TECHNOLOGIES LLC,<br><br>Plaintiff,<br><br>v.<br><br>DISH NETWORK LLC,<br><br>Defendant. | C.A. No. 13-1424-LPS |

**JOINT STIPULATION OF DISMISSAL**

WHEREAS, Plaintiff Custom Media Technologies LLC ("Custom Media"), Defendant Comcast Cable Communications, LLC and Defendant DISH Network L.L.C. (collectively, "Defendants") respectfully submit this motion to resolve all remaining issues related to U.S Patent No. 6,269,275 (the "'275 patent") in these cases as follows:

WHEREAS, this Court issued a Claim Construction Order and Memorandum Opinion on August 11, 2015 ruling that the term "user computer means" in claim 1 of U.S. the '275 patent is subject to 35 U.S.C. § 112 ¶ 6, with a function of "computing, accessing, creating, storing, receiving, and/or selecting" but "[t]he specification does not describe structure performing the

claimed function,"[1] rendering all claims, including asserted claims 1, 2, 3, and 8, with the term "user computer means" invalid.

WHEREAS, Defendants and Custom Media also agree that the Court's Claim Construction Order and Memorandum Opinion extinguishes all claims for relief, including all claims of infringement of all claims in the '275 patent, against Defendants, Defendants' customers, Defendants' affiliates, and Defendants' suppliers of accused products, and have agreed to a joint dismissal of all claims for relief against Defendants.

NOW, THEREFORE, Custom Media and Defendants, through their attorneys of record, request this Court to dismiss Custom Media's claims for relief against Defendants with prejudice and Defendants' defenses without prejudice, and with all attorneys' fees, costs of court and expenses borne by the party incurring same.

Dated: August 25, 2015

BAYARD, P.A.

*/s/ Stephen B. Brauerman*
Richard D. Kirk (rk0922)
Stephen B. Brauerman (sb4952)
Vanessa R. Tiradentes (vt5398)
Sara E. Bussiere (sb5725)
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899-5130
(302) 655-5000
rkirk@bayardlaw.com
sbrauerman@bayardlaw.com
vtiradentes@bayardlaw.com
sbussiere@bayardlaw.com

*Attorneys for Plaintiff*
*Custom Media Technologies, LLC*

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Rodger D. Smith II*
Rodger D. Smith II (#3778)
Eleanor G. Tennyson (#5812)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
rsmith@mnat.com
etennyson@mnat.com

*Attorneys for Defendant DISH Network L.L.C.*

OF COUNSEL:

G. Hopkins Guy III
Alali Dagogo-Jack
BAKER BOTTS L.L.P.

[1] *See Custom Media v. Comcast Cable Communications, LLC*, C.A. No. 13-1421 at D.I. 76, 77; *Custom Media v. DISH Network LLC*, C.A, No. 13-1424 at D.I. 78, 79.

1001 Page Mill Road
Building One, Suite 200
Palo Alto, CA 94304-1007
(650) 739-7500

Bradley Bowling
Ali Dhanani
Michael Sherby
BAKER BOTTS L.L.P.
One Shell Plaza
910 Louisiana Street
Houston, TX 77002-4995
(713) 229-1234

Jamie R. Lynn
BAKER BOTTS L.L.P.
The Warner
1299 Pennsylvania Avenue, N.W.
Washington, DC 20004-2400
(202) 639-7786

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Jack B. Blumenfeld*
Jack B. Blumenfeld (#1014)
Karen Jacobs (#2881)
Jennifer Ying (#5550)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@mnat.com
kjacobs@mnat.com
jying@mnat.com

*Attorneys for Defendant*
*Comcast Cable Communications, LLC*